## Ben CHANEY v. STATE.
### No. 16135.

Court of Criminal Appeals of Texas.
June 21, 1933.

W. E. Martin, of Abilene, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

LATTIMORE, Judge.

Conviction for burglary; punishment, ten years in the penitentiary.

The record is here without statement of facts or bills of exception. All matters of procedure appearing, the judgment will be affirmed.